**IT IS ORDERED as set forth below:**



Date: May 22, 2013

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KELLY RENAE CLARK | : | CASE NUMBER A10-87971-WLH |
| DEBTOR | : | JUDGE HAGENAU |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

The above styled matter came before the Court on May 15, 2013 at 1:50 p.m. It appears to the Court that the Chapter 13 Trustee has filed a Motion to Dismiss the Debtor's Chapter 13 case based upon the Debtor's failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtor fail to make any payment due pursuant to her Plan on a timely basis for the life of the case following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

\_\_\_\_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Ste 120
Atlanta, GA  30303
(678) 992-1201


\_\_\_/s/_____
Kelsea Laun
Attorney for Debtor
GA Bar No. 141960
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Signed by Julie M. Anania*
*with express permission*

## **DISTRIBUTION LIST**

Case Number **A10-87971-WLH**

Debtor:
Kelly Renae Clark
4353 Oak Manor Drive
Acworth, GA 30101

Debtor's Attorney:
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303